**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

VILMA GOMEZ,

Plaintiff,

v. Case No. 1:25-cv-20368

SAMSUNG SDI, CO, LTD.,

Defendant.
_________________________/

# NOTICE OF APPEAL

Notice is given that Vilma Gomez, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Order granting the motion to dismiss the complaint, (Doc. 65), entered on May 6, 2026.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2026, I electronically filed the foregoing with the Clerk of the District Court by using CM/ECF system which will send a notice of electronic filing to all counsel in the service list below.

ROBERT L. PARKS
Florida Bar No. 61436
GABRIEL GARAY
Florida Bar No. 103303
GARAY LAW
267 Minorca Ave., Suite 300
Coral Gables, FL 33134
Tel: (305) 445-4430
Fax: (305) 445-4431
bob@garaylawfirm.com
gabe@garaylawfirm.com
lisa@garaylawfirm.com

**/s/Thomas J. Seider**
THOMAS J. SEIDER
Florida Bar No. 86238
BRANNOCK BERMAN & SEIDER
1111 W. Cass Street, Suite 200
Tampa, FL 33606
Tel: (813) 223-4300
Fax: (813) 262-0604
tseider@bbsappeals.com
eservice@bbsappeals.com

*Attorney for Plaintiff*

patty@garaylawfirm.com

*Attorneys for Plaintiff*

**SERVICE LIST**

Frances Lopez
Hawkins Parnell & Young, LLP
303 Peachtree Street N.E., Suite 4000
Atlanta, GA 30308
flopez@hpylaw.com

*Attorney for Defendant*

Christopher B. Emch
Herbert Smith Freehills Kramer New York, LLP
1177 Avenue of the Americas
New York, NY 10036
Chris.Emch@hsfkramer.com

*Attorney for Defendant*